Orren G. Staples v. Silas A. Birdsong.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

David Rubel and Others, Infants, etc., v. Ernest Honig.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Virginia H. Crowell v. Ludwig Baumann & Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

H. G. Vogel Company v. National Lace and Embroidery Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Solomon Silberstein v. Samuel Terens.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Albert E. Steinthal and Others v. Henry M. Ziegler.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Edward Friedman v. Julius Blauner and Others.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

The City of New York v. Eppinger & Russell Company and Others. — Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Vincenza Medici v. Philip Rabinowitz.— Application denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Benjamin A. Levine v. Max Spiegel.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Samuel D. Matthews v. Max Spiegel.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Louis W. Noel v. Westcott Express Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Sol Friedman v. Said Georges Jarr, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

James L. Bull v. Baltrus S. Yankaus.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Jennie G. Cohen v. Theresa Neiman and Others.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Mary L. Durbrow v. Swedish Iron and Steel Corporation.— Application granted upon defendant filing stipulation provided for in order. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.